UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**15-80136-CR-ROSENBERG/BRANNON**

CASE NO. ______________________

18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1594(c)

FILED by KZ D.C.

Aug 4, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,

v.

DANIEL MACIAS and
LORRIE BLACKMER

Defendants.
______________________________/

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From in or around February 2015, and continuing through in or around July 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL MACIAS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, C.B., knowing and in reckless disregard of the fact that C.B. had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1) and (b)(2).

**COUNT TWO**

From in or around February 2015, and continuing through in or around July 2015, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**DANIEL MACIAS and**
**LORRIE BLACKMER**

did knowingly and willfully, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is, C.B., knowing and in reckless disregard of the fact that C.B. had not obtained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18 United States Code, Sections 1591(a)(1) and (b)(2); all in violation of Title 18 United States Code, Section 1594(c).

A TRUE BILL

FOREPERSON

for WIFREDO A. FERRER
UNITED STATES ATTORNEY

for GREGORY SCHILLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** CASE NO. 15-80136-CR-ROSENBERG/BRANNON

**vs.**

**DANIEL MACIAS and**
**LORRIE BLACKMER, Defendants**
______________________________/

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

Miami ____ Key West ____
FTL ___ WPB X FTP ___

New Defendant(s) YES ____ NO ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ________

4. This case will take 3-4 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | | (Check only one) |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: ________ Case No. ________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) NO
If yes: Magistrate Case No. ________
Related Miscellaneous numbers: ________
Defendant(s) in federal custody as of N/A
Defendant(s) in state custody as of N/A
Rule 20 from the ________
District of ________

Is this a potential death penalty case? (Yes or No) ____ Yes X No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes X No

BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar/Court No. A5501296

*Penalty Sheet(s) attached

REV.9/11/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**CASE NO.** 15-80136-CR-ROSENBERG/BRANNON

**Defendant's Name:** **DANIEL MACIAS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | SEX TRAFFICKING OF CHILDREN | 18:1591(a)(1)&(b)(2) | 10 years to Life |
| 2 | CONSPIRACY TO COMMIT SEX TRAFFICKING OF CHILDREN | 18:1591(a)(1)&(b)(2) and 1594(c) | Life |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

CASE NO. 15-80136-CR-ROSENBERG/BRANNON

**Defendant's Name:** **LORRIE BLACKMER**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 2 | CONSPIRACY TO COMMIT SEX TRAFFICKING OF CHILDREN | 18:1591(a)(1)&(b)(2) and 1594(c) | Life |